IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>REFLECTIONS ACADEMY, INC., et al.,<br><br>            Defendants. | CV 19-21-BLG-SPW-TJC<br><br>**ORDER** |

Defendants Mike Stadler, Tiffany Stadler, and Mackenzie Stadler have filed an unopposed motion for change of divisional venue. (Doc. 8.) This case was filed in the Billings Division on February 25, 2019. (Doc. 1.) Upon review of the Complaint, it appears this action relates to events occurring near Thompson Falls, Montana, which is in Sanders County. Accordingly, Defendants' motion is GRANTED, and this case shall be transferred to the Missoula Division pursuant to Local Rule 1.2(c)(5).

**IT IS ORDERED**.

DATED this 18th day of April, 2019.

                                          _____
                                          TIMOTHY J. CAVAN
                                          United States Magistrate Judge