IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION, | CV 19-70-M-DLC |
| Plaintiff, | |
| vs. | ORDER OF RECUSAL |
| REFLECTIONS ACADEMY, INC., MICHELLE MANNING, CHAFFIN PULLAN, ALBERT RICHARDSON, Individually and on Behalf of his Minor Daughter, A.R., PAULA RICHARDSON, MIKE STADLER, TIFFANY STADLER, MACKENZIE STADLER, JANET BUCKLES, FRED BUCKLES, and ELIZABETH BUCKLES | |
| Defendants. | |

Chief United States District Judge Dana L. Christensen has referred this case

to the undersigned for the purpose of conducting a settlement conference. Because

I represented one of the Defendants in the underlying negligence action, however, I

must recuse myself from the case. According, I hereby recuse myself and ask that

this case be reassigned to a different a United States Magistrate Judge for purposes

of conducting a settlement conference.

DATED this 16th day of August, 2019.

Kathleen L. DeSoto
United States Magistrate Judge