IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 27 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>REFLECTIONS ACADEMY, INC., MICHELLE MANNING, CHAFFIN PULLAN, ALBERT RICHARDSON, Individually and on Behalf of his Minor Daughter, A.R., PAULA RICHARDSON, MIKE STADLER, TIFFANY STADLER, MACKENZIE STADLER, JANET BUCKLES, FRED BUCKLES, and ELIZABETH BUCKLES,<br>       Defendants. | CV 19–70–M–DLC<br><br><br>ORDER |

Before the Court is parties' Stipulation for Dismissal with Prejudice. (Doc. 49.) The stipulation is signed by all parties. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and fees.

DATED this 27th day of November, 2019.

Dana L. Christensen, Chief Judge
United States District Court